IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

—

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-JKF |
| **Debtor** ) | | |

**NOTICE OF**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

An Application for Allowance of Compensation and Reimbursement from the Debtor's estate has been filed by W.J. Winterstein, Jr., counsel for the Debtor. The Application seeks an award of compensation in the total amount of four thousand ($4,000,00) Dollars, and reimbursement of expenses advance in the sum of $93.00. Against those totals, the sum of $2,614.00 was paid to the Applicant prior to the filing of the above-captioned case, so that the Application seeks a net additional sum for fees and costs in the amount of $1,479.00.

The foregoing Aplication is on file at the Clerk's Office, suite 400, 900 Market Street, Philadelphia, PA 19107, where it is available for inspection..

Any creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk's Office at the address set for in Paragraph 2 above, and serve a copy of the same on Debtor's counsel, whose name and address appears below, on or before twenty-one (21) days from the date of this Notice.

In the absence of any answer, objection or other written response or request for hearing, the undersigned counsel shall certify such absence of filings to the Court, and the Court may, upon review of the record, grant the Application.

**Counsel to Debtor:**

W.J. Winterstein, Jr.
P.O. Box 285
Boyertown, PA 19512

Dated:  August 24, 2018