IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-JKF |
| **Debtor** ) | | |

---

# ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES

**AND NOW,** this _____ day of September, 2018, counsel for the Debtor having filed his Application for Compensations and Reimbursement of Expenses, and after notice and opportunity to be heard, and for good cause shown, it is **HEREBY ORDERED AND DECREED,** that Debtor's counsel is awarded compensation in the total amount of $ _____, together with reimbursement of expenses in the amount of $_____.

Counsel having been paid a pre-petition retainer in the amount of $2,614.00, such amount shall be credited against, and thereby reduce, the foregoing allowed sum of compensation and expenses.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Interested parties:

W.J. Winterstein, Jr., counsel for Debtor

William Miller, interim Chapter 13 Trustee

Office of the U.S. Trustee