IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,**  ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-JKF |
| **Debtor**  ) | | |

---

### CERTIFICATE OF SERVICE OF NOTICE AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

      The undersigned, of lawful age, hereby certifies that on August 25 , 2018, he mailed true copies of his foregoing Application for Compensation and Notice thereof  to William Miller, interim Chapter 13 Trustee, the Office of the U.S. Trustee, the Debtor, and to each and all of the creditors and parties of interest who have entered an appearance, appearing on the Mailing Matrix in the above-entitled case, by first-class U.S. Mail, postage prepaid.


      Respectfully submitted

      Law Office of W.J. Winterstein, Jr.

         <u>/s/W.J. Winterstein, Jr.</u>
         W.J. Winterstein, Jr.
         PO Box 285
         Boyertown, PA 19512
         Tel : 484-415-0391
         budwntr@gmail.com

      Attorney for Debtor