IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON MICHAEL BOYCHUCK, ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-JKF |
| Debtor ) | | |

## STIPULATED ORDER SUSTAINING
## DEBTOR'S OBJECTION TO MOTION OF PNC BANK FOR RELIEF FROM THE AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF

**AND NOW, this** _____ day of September, 2018, upon the Motion filed by PNC Bank for Relief from the Automatic Stay and Co-Debtor Stay, and the Debtor's Response and Objection thereto, and after notice and an opportunity to be heard, and upon the agreement of PNC Bank, NA and the Debtor and Co-Debtor, as evidenced by the signatures of their respective counsel below, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The foregoing Motion filed by PNC Bank on July 17, 2018,

   is **DENIED and DISMISSED, without prejudice:** and it is further **ORDERED that**

2. The Debtor is hereby awarded the sum of Two Thousand Seven Hundred Fifty ($2,750.00) dollars,; and it is further **ORDERED that**

3. Debtor's counsel is hereby awarded the sum of Two Thousand Seven Hundred Fifty ($2,750.00) dollars as and for his fees for the necessary investigation into the allegations contained in PNC Banks's Motion, and the preparation and filing of Debtor's Response and Objection thereto, with Supplements.

4. PNC Bank shall remit and deliver each such payment to Debtor and to Debtor's counsel within twenty (20) days of the entry of this Order. PNC Bank may deliver the check to Debtor to Debtor's counsel at the address shown below.

5. PNC Bank shall continue to send monthly Statements to the Debtor, provided, that it is understood and agreed that it may take up to sixty (60) days from the date of entry of this Order for PNC Bank to correct errors in its systems that caused the erroneous Statements to be issued to the Debtor, and Debtor agrees to refrain from seeking additional relief from the Court in the event that he receives erroneous or overstated Statements within that sixty day period.

Dated: September _____, 2018

"Debtor and Co-Debtor"

By: _____
W.J. Winterstein, Jr.
P.O. Box 285
Boyertown, PA 19512

"PNC Bank, NA"

By: _____
Kevin G. McDonald, Esq.
**KML Law Group, P.C.**
**Attorneys for PNC Bank, N.A.**

**IT IS SO ORDERED.**

BY THE COURT:

_____
HON. JEAN K. FITZSIMON
United States Bankruptcy Judge

Interested parties:
W.J. Winterstein, Jr., Counsel for Debtor
Kevin G. McDonald, KLM Group, Attorneys for PNC Bank, NA
William Miller, Interim Chapter 13 Trustee
Office of the U.S. Trustee