IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-JKF |
| **Debtor** ) | | |

**CERTIFICATE OF NO OBJECTION**

The undersigned counsel for Debtor hereby certifies that he has received no response or objection to the Application for Compensation and Reimbursement of Expenses and Notice thereof, which was filed and served on August 24, 2018 upon all parties in interest and the Chapter 13 Trustee and U.S. Trustee.  The time within which to interpose an Objection to the Application has expired.

Respectfully submitted,

/s/W.J. Winterstein, Jr.
Law Office of W.J. Winterstein, Jr.
P.O. Box 285
Boyertown, PA 19512
Tel: 484-415-0391
budwntr@gmail.com