United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11895-jkf
Jason Michael Boychuck                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 1               Date Rcvd: Sep 24, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
db             +Jason Michael Boychuck,   670 Doe Court,    Limerick, PA 19468-1465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              MORRIS ANTHONY SCOTT     on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
              MORRIS ANTHONY SCOTT     on behalf of Creditor    PNC Bank, National Association mscott@udren.com
              REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,    ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              W. J. WINTERSTEIN, jr    on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : BANKRUPTCY NO. 18-11895(JKF)
JASON MICHAEL BOYCHUCK : CHAPTER 13
:
      Debtor :

## STIPULATION RESOLVING ALLY BANK'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 2-1

THIS MATTER having been brought before the Court on the Objections of Ally Bank to Confirmation of Debtor's Chapter 13 Plan and Debtor's Objection to Proof of Claim No. 2-1 and All Bank's response thereto, by Lavin, O'Neil, Cedrone & DiSipio, attorneys for Ally Bank and W. J. Winterstein, Jr., Esquire attorney for debtor, Jason Michael Boychuck (the "Debtor"), having consented to the entry of the within Order, and for good cause shown; state as follows:

(a) The Debtor financed the purchase of a 2013 Honda Civic, VIN: 19XFB2F56DE230206 (the "Vehicle") pursuant to the terms of a Retail Installment Sale Contract dated June 3, 2016 (the "Contract") which has been assigned to Ally Bank; and

(b) Pursuant to the Contract, Ally Bank maintains a perfected security interest in and to: (a) the Vehicle; (b) accessories, equipment and replacement parts installed in the Vehicle; and (c) service contracts on the Vehicle; and

(c) Debtor desires to retain possession of the Vehicle; and

(d) Counsel for Debtor and counsel for Ally Bank wish to resolve the Ally Bank's Objections to the Debtor's Plan and Debtor's Objection to Proof of Claim No. 2-1 and allow Debtor's Chapter 13 to be confirmed.

NOW THEREFORE, in consideration of the above, Ally Bank and the Debtor STIPULATE AND AGREE as follows:

1. The Debtor shall amend his plan to pay Ally Bank $15,207.24 plus 8.99% interest over the sixty month plan for a total of $18,936.21 through the Chapter 13 Plan.

2. The Debtor shall amend the plan within thirty (30) days to incorporate the terms of this Stipulation.

3. Ally Bank shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge, whichever is earlier.

4. Ally Bank's objections to Confirmation of the Debtor's Chapter 13 Plan are hereby withdrawn.

5. If for any reason Debtor(s)' case is closed, terminated, dismissed or converted, the parties hereto agree and acknowledge that the terms of this agreed/stipulated order will be null and void and the parties are returned to the status quo with their respective rights under state law and the Contract.

6. This Stipulation may be executed by facsimile and such facsimile signatures shall be deemed as originals.

2

7. The signature pages of this Stipulation may be executed in counterpart, and all such signature pages, when attached, shall constitute the entire document.

CONSENTED TO BY:

DATED: 9/27/2018

W. J. WINTERSTEIN, JR., ESQUIRE
Attorney for the Debtor

CONSENTED TO BY:

DATED: 9/20/2018

REGINA COHEN, ESQUIRE
Attorneys for Ally Bank

CONSENTED TO BY:

DATED: 9/21/18

WILLIAM C. MILLER
Chapter 13 Trustee

The foregoing stipulation is approved on
XXXXXXXXXXXX

XXXXXXXXXXXX September 24, 2018

JEAN K. FITZSIMON
United States Bankruptcy Judge

2033361v1

3