United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-11895-jkf
Jason Michael Boychuck                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Jason Michael Boychuck,   670 Doe Court,    Limerick, PA 19468-1465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
          ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
           anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
          MORRIS ANTHONY SCOTT    on behalf of Creditor    PNC Bank, National Association mscott@udren.com
          REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,  ksweeney@lavin-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          W. J. WINTERSTEIN, jr    on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JASON MICHAEL BOYCHUCK, | ) | Chapter 13 |
| | ) | |
| | ) | Bk. No. 18-11895-JKF |
| Debtor | ) | |

### STIPULATED ORDER SUSTAINING
### DEBTOR'S OBJECTION TO MOTION OF PNC BANK FOR RELIEF FROM THE AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF

**AND NOW, this** _____ day of September, 2018, upon the Motion filed by PNC Bank for Relief from the Automatic Stay and Co-Debtor Stay, and the Debtor's Response and Objection thereto, and after notice and an opportunity to be heard, and upon the agreement of PNC Bank, NA and the Debtor and Co-Debtor, as evidenced by the signatures of their respective counsel below, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The foregoing Motion filed by PNC Bank on July 17, 2018, is **DENIED and DISMISSED, without prejudice:** and it is further **ORDERED that**

2. The Debtor is hereby awarded the sum of Two Thousand Seven Hundred Fifty ($2,750.00) dollars,; and it is further **ORDERED that**

3. Debtor's counsel is hereby awarded the sum of Two Thousand Seven Hundred Fifty ($2,750.00) dollars as and for his fees for the necessary investigation into the allegations contained in PNC Banks's Motion, and the preparation and filing of Debtor's Response and Objection thereto, with Supplements.

4. PNC Bank shall remit and deliver each such payment to Debtor and to Debtor's counsel within twenty (20) days of the entry of this Order. PNC Bank may deliver the check to Debtor to Debtor's counsel at the address shown below.

5. PNC Bank shall continue to send monthly Statements to the Debtor, provided, that it is understood and agreed that it may take up to sixty (60) days from the date of entry of this Order for PNC Bank to correct errors in its systems that caused the erroneous Statements to be issued to the Debtor, and Debtor agrees to refrain from seeking additional relief from the Court in the event that he receives erroneous or overstated Statements within that sixty day period.

Dated: September _____, 2018

"Debtor and Co-Debtor"

By: _____
W.J. Winterstein, Jr.
P.O. Box 285
Boyertown, PA 19512

"PNC Bank, NA"

By: _____
Kevin G. McDonald, Esq.
KML Law Group, P.C.
Attorneys for PNC Bank, N.A.

~~IT IS SO ORDERED.~~    The Stipulation is hereby APPROVED.

DATE: October 9, 2018

_____
HON. JEAN K. FITZSIMON
United States Bankruptcy Judge

Interested parties:
W.J. Winterstein, Jr., Counsel for Debtor
Kevin G. McDonald, KLM Group, Attorneys for PNC Bank, NA
William Miller, Interim Chapter 13 Trustee
Office of the U.S. Trustee