IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
| **IN RE: JASON MICHAEL BOYCHUCK,**  ) | Chapter 13 |
| ) | Bk. No. 18-11895-JKF |
| **Debtor** ) | |
_____

### CERTIFICATE OF SERVICE OF AMENDED PLAN DATED OCTOBER 29, 2018

The undersigned, of lawful age, hereby certifies that on October 30 , 2018, he mailed true copies of his foregoing Amended Plan dated and filed on October 29, 2018 to William Miller, interim Chapter 13 Trustee, the Office of the U.S. Trustee, the Debtor, and to each and all of the creditors and parties of interest who have entered an appearance, or appear on the Mailing Matrix in the above-entitled case, by first-class U.S. Mail, postage prepaid.

Respectfully submitted,

Law Office of W.J. Winterstein, Jr.

/s/W.J. Winterstein, Jr.
W.J. Winterstein, Jr.
PO Box 285 Boyertown, PA 19512
Tel : 484-415-0391
budwntr@gmail.com
Attorney for Debtor