IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

**IN RE: JASON MICHAEL BOYCHUCK,**     )        Chapter 13

                                       )

                                       )        Bk. No. 18-11895-JKF

         **Debtor**                  )

---

## <u>ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

**AND NOW,** this __3rd__ day of ~~September~~ December, 2018, counsel for the Debtor having

filed his Application for Compensations and Reimbursement of Expenses, and after

notice and opportunity to be heard, and for good cause shown, it is **HEREBY**

**ORDERED AND DECREED,** that Debtor's counsel is awarded compensation in the

total amount of $ _4,000_ , together with reimbursement of expenses in the amount of

$ _93.00_

Counsel having been paid a pre-petition retainer in the amount of $2,614.00, such amount

shall be credited against, and thereby reduce, the foregoing allowed sum of compensation

and expenses.   This amount may be paid in accordance with the confirmed Chapter 13 plan.

BY THE COURT:

Hon. Jean K. FitzSimon

U.S.Bankruptcy Judge

Interested parties:

W.J. Winterstein, Jr., counsel for Debtor

William Miller, interim Chapter 13 Trustee

Office of the U.S. Trustee