United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11895-jkf
Jason Michael Boychuck                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi           Page 1 of 1           Date Rcvd: Dec 03, 2018
                        Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db          +Jason Michael Boychuck,    670 Doe Court,    Limerick, PA 19468-1465

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
      ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
       anthony.stjoseph@usdoj.gov,   mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
      MORRIS ANTHONY SCOTT     on behalf of Creditor    PNC Bank, N.A. mscott@udren.com
      MORRIS ANTHONY SCOTT     on behalf of Creditor    PNC Bank, National Association mscott@udren.com
      REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,  ksweeney@lavin-law.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      W. J. WINTERSTEIN, jr    on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                                       TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK,**  )  Chapter 13
)
)  Bk. No. 18-11895-JKF
**Debtor**  )
_____

## ORDER AWARDING COMPENSATION AND REIMBURSEMENT OF EXPENSES

**AND NOW,** this __3rd__ day of ~~September~~ December, 2018, counsel for the Debtor having filed his Application for Compensations and Reimbursement of Expenses, and after notice and opportunity to be heard, and for good cause shown, it is **HEREBY ORDERED AND DECREED,** that Debtor's counsel is awarded compensation in the total amount of $ __4,000__, together with reimbursement of expenses in the amount of $ __93.00__

Counsel having been paid a pre-petition retainer in the amount of $2,614.00, such amount shall be credited against, and thereby reduce, the foregoing allowed sum of compensation and expenses.  This amount may be paid in accordance with the confirmed Chapter 13 plan.

BY THE COURT:

*/s/ Jean K. FitzSimon*

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

Interested parties:

W.J. Winterstein, Jr., counsel for Debtor

William Miller, interim Chapter 13 Trustee

Office of the U.S. Trustee