Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 18-11895-AMC**

JASON MICHAEL  BOYCHUCK  
670 DOE COURT  
LIMERICK  PA    19468

Petition Filed Date: 03/20/2018  
341 Hearing Date: 05/15/2018  
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $750.00 | | 02/19/2019 | $750.00 | | 03/18/2019 | $750.00 | |
| 04/15/2019 | $750.00 | | 05/13/2019 | $750.00 | | 06/10/2019 | $1,250.00 | |
| 07/15/2019 | $1,250.00 | Monthly Plan P | 08/13/2019 | $1,250.00 | Monthly Plan P | 09/23/2019 | $1,250.00 | Monthly Plan P |
| 10/23/2019 | $1,250.00 | | 11/25/2019 | $1,250.00 | | 12/26/2019 | $1,250.00 | |
| 01/28/2020 | $1,250.00 | | 02/25/2020 | $1,400.00 | | 03/24/2020 | $1,250.00 | |
| 04/23/2020 | $1,250.00 | | 05/18/2020 | $1,250.00 | | 06/15/2020 | $1,250.00 | |
| 07/14/2020 | $1,250.00 | | | | | | | |

**Total Receipts for the Period: $21,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $27,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ANDREW CAPALDO DMD<br>»»  003 | Unsecured Creditors | $2,134.99 | $0.00 | $2,134.99 |
| 2 | ALLY FINANCIAL<br>»»  002 | Secured Creditors | $18,936.21 | $8,356.61 | $10,579.60 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  006 | Unsecured Creditors | $785.38 | $0.00 | $785.38 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  05P | Priority Crediors | $576.81 | $576.81 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  05U | Unsecured Creditors | $179.31 | $0.00 | $179.31 |
| 8 | LENDING CLUB CORPORATION<br>»»  008 | Unsecured Creditors | $6,322.19 | $0.00 | $6,322.19 |
| 10 | OCWEN LOAN SERVICING, LLC<br>»»  010 | Mortgage Arrears | $29,872.00 | $13,182.57 | $16,689.43 |
| 7 | PNC BANK NA<br>»»  007 | Mortgage Arrears | $3,155.36 | $1,392.47 | $1,762.89 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  001 | Unsecured Creditors | $162.27 | $0.00 | $162.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $2,465.45 | $0.00 | $2,465.45 |
| 9 | RESURGENT CAPITAL SERVICES<br>»»  009 | Unsecured Creditors | $589.79 | $0.00 | $589.79 |
| 11 | W J WINTERSTEIN JR ESQ<br>»»  011 | Attorney Fees | $1,479.00 | $1,479.00 | $0.00 |

**Chapter 13 Case No. 18-11895-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,400.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $24,987.46 | Arrearages: | $1,600.00 |
| Paid to Trustee: | $2,412.54 | Total Plan Base: | $69,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.