| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-11895-AMC

JASON MICHAEL  BOYCHUCK
670 DOE COURT
LIMERICK  PA    19468

Petition Filed Date: 03/20/2018
341 Hearing Date: 05/15/2018
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $1,250.00 | | 02/25/2020 | $1,400.00 | | 03/24/2020 | $1,250.00 | |
| 04/23/2020 | $1,250.00 | | 05/18/2020 | $1,250.00 | | 06/15/2020 | $1,250.00 | |
| 07/14/2020 | $1,250.00 | | 08/18/2020 | $1,250.00 | | 09/25/2020 | $1,250.00 | |
| 10/20/2020 | $1,250.00 | | 12/01/2020 | $1,250.00 | | 01/04/2021 | $1,250.00 | |
| 02/23/2021 | $1,250.00 | | 04/05/2021 | $1,250.00 | | 04/20/2021 | $1,250.00 | |
| 04/27/2021 | $1,250.00 | | 05/03/2021 | $1,250.00 | | 05/17/2021 | $350.00 | |

**Total Receipts for the Period: $21,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $40,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ANDREW CAPALDO DMD »» 003 | Unsecured Creditors | $2,134.99 | $0.00 | $2,134.99 |
| 2 | ALLY FINANCIAL »» 002 | Secured Creditors | $18,936.21 | $12,666.70 | $6,269.51 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 006 | Unsecured Creditors | $785.38 | $0.00 | $785.38 |
| 5 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $576.81 | $576.81 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $179.31 | $0.00 | $179.31 |
| 8 | LENDING CLUB CORPORATION »» 008 | Unsecured Creditors | $6,322.19 | $0.00 | $6,322.19 |
| 10 | OCWEN LOAN SERVICING, LLC »» 010 | Mortgage Arrears | $29,872.00 | $19,981.79 | $9,890.21 |
| 7 | PNC BANK NA »» 007 | Mortgage Arrears | $3,155.36 | $2,110.66 | $1,044.70 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES »» 001 | Unsecured Creditors | $162.27 | $0.00 | $162.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $2,465.45 | $0.00 | $2,465.45 |
| 9 | RESURGENT CAPITAL SERVICES »» 009 | Unsecured Creditors | $589.79 | $0.00 | $589.79 |
| 11 | W J WINTERSTEIN JR ESQ »» 011 | Attorney Fees | $1,479.00 | $1,479.00 | $0.00 |

**Chapter 13 Case No. 18-11895-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,250.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $36,814.96 | Arrearages: | $1,250.00 |
| Paid to Trustee: | $3,435.04 | Total Plan Base: | $69,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.