IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-AMC |
| **Debtor** ) | | |

### ORDER OVERRULING MOTION FOR RELIEF FROM STAY, FILED BY PNC BANK, NA

**AND NOW,** this _____ day of August, after notice and opportunity to be heard, and for good cause shown, it is hereby **ORDERED,** that the Motion for Relief from the Automatic Stay filed herein by PNC Bank, NA, is **DENIED.**

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Interested parties:
W.J. Winterstein, Jr, Debtor's counsel
Rebecca Solarz, counsel for PNC Bank, NA
Scott F. Waterman, Ch. 13 Trustee