### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jason Michael Boychuck <br>                 Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association <br>                 Movant <br>      vs. | NO. 18-11895 AMC |
| Jason Michael Boychuck <br>                 Debtor(s) | |
| Scott Waterman <br>                 Trustee | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this _____ day of _____, 2021, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay filed by PNC Bank, National Association ("Movant"), a to the Property located at 670 Doe Court, Limerick, PA 19468 is granted in part and denied in part, and it is

FURTHER ORDERED THAT Debtor shall make September 2021's post-petition mortgage payment to Movant in the amount of $1,347.97 (which is the regular post-petition payment in the amount of $1,391.75 minus the current suspense balance of $43.78) on or before September 30, 2021, and it is

FURTHER ORDERED THAT, beginning on October 1, 2021 Debtor shall resume regular, ongoing monthly post-petition mortgage payments to Movant, and it is

FURTHER ORDERED THAT if the payments described above are not tendered pursuant to the terms of this Order, Movant may notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within THIRTY (30) days of the date of said notice.  If Debtor(s) should fail to cure the default within THIRTY (30) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay, with the stay provided by Bankruptcy Rule 4001(a)(3) waived, and it is

FURTHER ORDERED THAT if the case is converted to a Chapter 7, Movant may filed a Certification of Default with the court, and the court shall enter an order granting the Movant relief from the automatic stay, with the stay provided by Bankruptcy Rule 4001(a)(3) waived, and it is

FURTHER ORDERED THAT Movant's fees and costs in the sum of $850.00 for attorneys' fees and $188.00 for filing fees, totaling $1,038.00, are hereby recoverable and to be paid by the Trustee through Debtor's Chapter 13 Plan to Movant, and it is

FURTHER ORDERED THAT the Clerk shall modify the Claims Register and specifically Movant's Claim 7, in accordance with the amount of $1,038 above.

_____
United States Bankruptcy Judge.