United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jason Michael Boychuck  
    Debtor

Case No. 18-11895-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 29, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason Michael Boychuck, 670 Doe Court, Limerick, PA 19468-1465 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |
| MORRIS ANTHONY SCOTT | |

on behalf of Creditor PNC Bank N.A. mscott@pincuslaw.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

REGINA COHEN
   on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS SONG
   on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

W. J. WINTERSTEIN, JR.
   on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com

WILLIAM MILLER*R
   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jason Michael Boychuck<br>_Debtor(s)_ | CHAPTER 13 |
| PNC Bank, National Association<br>_Movant_<br>vs. | NO. 18-11895 AMC |
| Jason Michael Boychuck<br>_Debtor(s)_ | |
| Scott Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this       day of            , 2021, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay filed by PNC Bank, National Association ("Movant"), a to the Property located at 670 Doe Court, Limerick, PA 19468 is granted in part and denied in part, and it is

FURTHER ORDERED THAT Debtor shall make September 2021's post-petition mortgage payment to Movant in the amount of $1,347.97 (which is the regular post-petition payment in the amount of $1,391.75 minus the current suspense balance of $43.78) on or before September 30, 2021, and it is

FURTHER ORDERED THAT, beginning on October 1, 2021 Debtor shall resume regular, ongoing monthly post-petition mortgage payments to Movant, and it is

FURTHER ORDERED THAT if the payments described above are not tendered pursuant to the terms of this Order, Movant may notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within THIRTY (30) days of the date of said notice. If Debtor(s) should fail to cure the default within THIRTY (30) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay, with the stay provided by Bankruptcy Rule 4001(a)(3) waived, and it is

FURTHER ORDERED THAT if the case is converted to a Chapter 7, Movant may filed a Certification of Default with the court, and the court shall enter an order granting the Movant relief from the automatic stay, with the stay provided by Bankruptcy Rule 4001(a)(3) waived, and it is

FURTHER ORDERED THAT Movant's fees and costs in the sum of $850.00 for attorneys' fees and $188.00 for filing fees, totaling $1,038.00, are hereby recoverable and to be paid by the Trustee through Debtor's Chapter 13 Plan to Movant, and it is

      FURTHER ORDERED THAT the Clerk shall modify the Claims Register and specifically Movant's Claim 7, in accordance with the amount of $1,038 above.

Dated: September 29, 2021

_____
United States Bankruptcy Judge.