# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Jason Michael Boychuck | : | Chapter 13 |
| | : | Case No.18-11895-AMC |
| Debtor(s) | : | |

## ENTRY/WITHDRAW OF APPEARNCE

TO THE COURT:

Please enter the appearance of Brad J. Sadek, Esquire, on behalf of the debtor in the above captioned matter.

DATED: 7/29/2022                                    /S/ Brad J. Sadek
                                                                Brad J. Sadek, Esq.
                                                                Sadek and Cooper Law Offices
                                                                1500 JFK Boulevard, Suite 220
                                                                Philadelphia, PA 19102
                                                                215-545-0008