IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-AMC |
| **Debtor** ) | | |

**APPLICATION FOR AWARD OF SUPPLEMENTAL COMPENSATION FOR POST-CONFIRMATION SERVICES**

W.J. Winterstein, Jr., Esq. (hereinafter "Movant"), who has served as counsel of record for the above-named Debtor, from the date of filing of this Chapter 13 case to the date hereof, hereby moves for entry of an order approving supplemental attorneys fees for post-confirmation legal services to the Estate, and in support hereof, avers as follows:

1. The Movant has served as Debtor's counsel in this case from and after its commencement on March 20, 2018.

2. Debtor's plan, as amended, was confirmed by Order of this Court on November 28, 2018 and Movant's application for a "no-look" fee for an under-median case, in the amount of four ($4,000.00) thousand dollars was approved by this Court's Order entered December 3, 2018.

3. From and after November 28, 2018, Movant has appeared before this Court as Debtor's counsel, prepared and filed responsive pleadings, and participated in multiple oral and written communications and negotiations pertaining to the resolution of the following events:

    A. Motion to Dismiss filed by the Chapter 13 Trustee on April 19, 2019, which was subsequently resolved and withdrawn. Time expended: 2.8 hours.

    B. Motion for Relief from the Automatic Stay and Co-debtor Stay, filed by PNC Bank on July 21, 2021, subsequently resolved by Order of this Court denying relief from stay. Time expended: 4.5 hours.

    C. Motion to Dismiss filed by the Chapter 13 Trustee on January 4, 2022, which Motion was continued and rescheduled four times, and has now been withdrawn by the Trustee. Time expended: 3.6 hours.

4. As evidenced by the Disclosure of Compensation filed by Movant on March 21, 2018, Debtor and counsel agreed to an hourly rate of compensation at $280/hour. (Movant's standard hourly rate has increased since that date, but Movant currently requests compensation at that agreed rate).

5. Total time for which Movant seeks supplemental compensation is 10.9 hours, for a total award of $3,052.00.

6. The foregoing efforts by Movant enabled the continuation of this case, with additional monthly contributions to the confirmed Plan by the Debtor, enabling continuing distributions to both secured and unsecured creditors of the Estate.

7. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 USC Section 504© applies.

8. Movant requests that this Court retain jurisdiction to resolve this Application, in the event that this case is subsequently dismissed or converted.

WHEREFORE, Movant prays that he be awarded supplemental compensation in the amount of $3,052.00, as an administrative expense, by Order of this Court, that the Court retains jurisdiction in the event that this case is dismissed, and that he be granted such other and further relief to which he may be entitled.

Respectfully submitted,

/s/ W.J. Winterstein, Jr.
W.J. Winterstein, Jr.
Law Office of W.J. Winterstein, Jr.
PO Box 285
Boyertown, PA 19512
Tel: 484-415-0391
budwntr@gmail.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| ) | | Bk. No. 18-11895-AMC |
| **Debtor** ) | | |

### CERTIFICATE OF SERVICE

  The undersigned, of lawful age, hereby certifies that on July 30, 2022, he caused true copies of the foregoing Application for Award of Supplemental Compensation to be served upon the Chapter 13 Trustee and Trustee's counsel of record, the U.S. Trustee, the Debtor, Brad J. Sadek, newly engaged counsel for Debtor, and all other parties requesting notice, by electronic means and by First Class U.S. mail, postage prepaid.

/s/W.J. Winterstein, Jr.