IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK**,    )    Chapter 13

                Debtor    )

                )    Bk. No. 18-11895-amc

_____

**NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION BY DEBTOR'S COUNSEL**

An Application for Allowance of Compensation and Reimbursement from the Debtor's estate has been filed by W.J. Winterstein, Jr., counsel for the Debtor from and after commencement of this case. The Application seeks an award of compensation in the total amount of three thousand fifty-two ($3,052.00) Dollars.

The foregoing Application is on file at the Clerk's Office, suite 400, 900 Market Street, Philadelphia, PA 19106, where it is available for inspection. Any creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk's Office at 900 Market Street, Suite 400, Philadelphia, PA 19106, and serve a copy of the same on Movant, whose name and address appears below, on or before twenty-one (21) days from the date of this Notice. In the absence of any answer, objection or other written response or request for hearing, the undersigned counsel shall certify such absence of filings to the Court, and the Court may, upon review of the record, grant the Application.

Date:  August 1, 2022

Applicant: W.J. Winterstein, Jr.
         Law Office of W.J. Winterstein, Jr.
         P.O. Box 285
         Boyertown, PA 19512

                                 /s/ W.J. Winterstein, Jr.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK**,    )    Chapter 13

         Debtor    )

             )    Bk. No. 18-11895-amc

_____

**CERTIFICATE OF SERVICE OF**
**NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION BY DEBTOR'S COUNSEL**

The undersigned, of lawful age, hereby certifies that on this 2nd day of August, 2022, he caused true copies of the foregoing Notice of Application for Compensation to be served, both by electronic means and by first class U.S. Mail, to be served upon the Debtor, Brad J. Sadek, attorney for the Debtor, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice in this case.

    /s/W.J. Winterstein, Jr.