United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11895-amc |
| Jason Michael Boychuck | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Michael Boychuck, 670 Doe Court, Limerick, PA 19468-1465 |
| NONE | + | W J Winterstein, Law Office of W.J. Winterstein, Jr., PO BOX 285, BOYERTOWN, 39 19512, UNITED STATES 19512-0285 |
| 14077512 | + | Accounts Advocate Agency, 510 No. Park Road, Wyomissing, PA 19610-2941 |
| 14081309 | + | Accounts Advocate Agy, 510 No. Park Rd., Wyomissing, PA 19610-2941 |
| 14077503 | + | Albina Veys, DMD, 104 So. 2nd Street, Collegeville, PA 19426-2609 |
| 14085150 | + | Ally Bank, c/o Regina Cohen Esquire, 190 North Independence Mall West Ste 500, 6th & Race Sts., Phila., PA 19106-1557 |
| 14077505 | + | Andrew Capaldo DMD, 3101 West Germantown Pike, Eagleville, PA 19403-1004 |
| 14077517 | + | Bureau of Accounts Control, 3601 Route 9 North, Howell, NJ 07731-3395 |
| 14077507 | + | Children Dental Health, 292 W. Ridge Pike, Limerick, PA 19468-3716 |
| 14081310 | | Dept. of the Treasusry, IRS, PO Box 7346, Phila., PA 19101-7346 |
| 14077510 | + | Honda Civic, PO Box 9001951, Louisville, KY 40290-1951 |
| 14301526 | | OCWEN LOAN SERVICING, LLC, C/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14081010 | | ONEMAIN, P.O. Box 1010, Evansville, ILL |
| 14077518 | | ONEMAIN, PO Box 1010, Evansville, Ill 62242 |
| 14077509 | + | Ocwen Loan Service, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 14113844 | | Ocwen Loan Srving LLC, 1661 Washington Rd., Ste. 100, West Palm Beach, FL 33409 |
| 14077508 | + | PNC Bank, PO 8807, Dayton, OH 45401-8807 |
| 14081308 | + | PNC Bank, PO Box 88-7, Dayton, OH 45401-0887 |
| 14182868 | + | PNC Bank NA, c/oKevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14106149 | + | PNC Bank, N.A., c/o Morris Scott, Esquire, Udren Law Offices, P.C., Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 14077514 | | Portfolio Recovery, 12 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 14077516 | + | Trojan Professional Services, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 14237685 | + | W.J. Winterstein, Jr., Esq., P.O. Box 285, Boyertown, PA 19512-0285 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2022 23:48:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:49:55 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 18-11895-amc   Doc 145   Filed 08/06/22   Entered 08/07/22 00:28:36   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 04 2022 23:49:54 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14077511 | | Email/Text: collectors@arresourcesinc.com | Aug 04 2022 23:48:00 | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422 |
| 14077504 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2022 23:48:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 14197208 | | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2022 23:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621393 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14103577 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 04 2022 23:49:56 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14113230 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 23:49:44 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14077506 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 23:49:53 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14083927 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2022 23:48:00 | IRS, 310 Lowell St., Andover, MA 05501 |
| 14077513 | + | Email/Text: bk@lendingclub.com | Aug 04 2022 23:49:00 | Lending Club, 71 Stevenson, Suite 30, San Francisco, CA 94105-2934 |
| 14300027 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 04 2022 23:48:00 | OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14101408 | | Email/PDF: cbp@onemainfinancial.com | Aug 04 2022 23:49:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14081311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:50:09 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14083873 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:49:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14087316 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 04 2022 23:49:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14077515 | + | Email/PDF: tbiedi@PRAGroup.com | Aug 04 2022 23:50:09 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, Ill 60062-2757 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14081009 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 310 Lowell Street, Andover, MA 05501 |
| 14083325 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 310 Lowell Street, Andover, MA 05501 |
| 14083326 | * | ONEMAIN, P.O. Box 1010, Evansville, ILL |
| 14222030 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 44 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022                             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRAD J. SADEK | on behalf of Debtor Jason Michael Boychuck brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank  N.A. mscott@pincuslaw.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank  National Association mscott@pincuslaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| W. J. WINTERSTEIN, JR. | on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com |
| W. J. WINTERSTEIN, JR. | on behalf of W J Winterstein budwntr@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        Chapter 13

   JASON MICHAEL BOYCHUCK

               Debtor(s)             :        Bky. No.  18-11895 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee")  and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 4, 2022**

                                                                  **ASHELY M. CHAN**
                                                                  **U.S. BANKRUPTCY JUDGE**