| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-11895-AMC

JASON MICHAEL  BOYCHUCK  
670 DOE COURT  
LIMERICK  PA    19468

Petition Filed Date: 03/20/2018  
341 Hearing Date: 05/15/2018  
Confirmation Date: 11/28/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,250.00 | | 04/20/2021 | $1,250.00 | | 04/27/2021 | $1,250.00 | |
| 05/03/2021 | $1,250.00 | | 05/17/2021 | $350.00 | | 07/01/2021 | $1,250.00 | |
| 08/11/2021 | $800.00 | | 08/23/2021 | $450.00 | | 10/13/2021 | $1,600.00 | |
| 11/04/2021 | $300.00 | | 11/17/2021 | $900.00 | | 01/10/2022 | $500.00 | |
| 02/01/2022 | $1,250.00 | | 02/07/2022 | $1,250.00 | | 03/07/2022 | $2,200.00 | |
| 04/04/2022 | $1,250.00 | | 04/20/2022 | $650.00 | | 06/02/2022 | $1,950.00 | |
| 06/29/2022 | $1,450.00 | | 07/14/2022 | $1,250.00 | | 07/25/2022 | $1,250.00 | |

**Total Receipts for the Period:  $23,650.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $58,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ANDREW CAPALDO DMD<br>»» 003 | Unsecured Creditors | $2,134.99 | $0.00 | $2,134.99 |
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $18,936.21 | $18,364.66 | $571.55 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 006 | Unsecured Creditors | $785.38 | $0.00 | $785.38 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $576.81 | $576.81 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $179.31 | $0.00 | $179.31 |
| 8 | LENDING CLUB CORPORATION<br>»» 008 | Unsecured Creditors | $6,322.19 | $0.00 | $6,322.19 |
| 10 | OCWEN LOAN SERVICING, LLC<br>»» 010 | Mortgage Arrears | $29,872.00 | $28,970.37 | $901.63 |
| 7 | PNC BANK NA<br>»» 007 | Mortgage Arrears | $3,155.36 | $3,060.12 | $95.24 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $162.27 | $0.00 | $162.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,465.45 | $0.00 | $2,465.45 |
| 9 | RESURGENT CAPITAL SERVICES<br>»» 009 | Unsecured Creditors | $589.79 | $0.00 | $589.79 |
| 11 | W J WINTERSTEIN JR ESQ<br>»» 011 | Attorney Fees | $1,479.00 | $1,479.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 18-11895-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,550.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $52,450.96 | Arrearages: | $450.00 |
| Paid to Trustee: | $4,949.04 | Total Plan Base: | $69,000.00 |
| Funds on Hand: | $1,150.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.