IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** | ) | Chapter 13 |
| | ) | |
| | ) | Bk. No. 18-11895-AMC |
| **Debtor** | ) | |

---

## ORDER GRANTING
## SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN

AND NOW, this _____ day of September, 2022, upon the foregoing Application, and for good cause shown, it is hereby ORDERED, as follows:

Applicant, W.J. Winterstein, Jr, for his post-confirmation services to the Debtor and the Estate, is hereby awarded supplemental compensation in the amount of  $_____; and

The Chapter 13 Trustee is hereby directed to pay that amount to the Applicant, to the extent of funds held by the Trustee in this case.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge