IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK**,    )    Chapter 13

        Debtor    )

            )    Bk. No. 18-11895-amc

_____

**NOTICE OF AMENDED APPLICATION FOR SUPPLEMENTAL COMPENSATION BY DEBTOR'S COUNSEL**

An Amended Application for Allowance of Supplemental Compensation from the Debtor's estate has been filed by W.J. Winterstein, Jr., counsel for the Debtor from and after commencement of this case. The Application seeks an award of compensation in the total amount of three thousand five hundred ($3,500.00) Dollars.

The foregoing Amended Application is on file at the Clerk's Office, suite 400, 900 Market Street, Philadelphia, PA 19106, where it is available for inspection. Any creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk's Office at 900 Market Street, Suite 400, Philadelphia, PA 19106, and serve a copy of the same on Movant, whose name and address appears below.

A hearing upon the Amended Application has been set for 11:00 a.m., on September 7, 2022 in Courtroom #4, 900 Market Street, Philadelphia, PA 19107, before the Honorable Ashely M. Chan

In the absence of any answer, objection or other written response or request for hearing, the undersigned counsel shall certify such absence of filings to the Court, and the Court may, upon review of the record, grant the Application.

Date:  August 25, 2022


Applicant: W.J. Winterstein, Jr.
        Law Office of W.J. Winterstein, Jr.
        P.O. Box 285
        Boyertown, PA 19512
                                  <u>/s/ W.J. Winterstein, Jr.</u>

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK**,    )    Chapter 13

        Debtor    )

            )    Bk. No. 18-11895-amc

_____

**CERTIFICATE OF SERVICE OF**
**NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION BY DEBTOR'S COUNSEL**

The undersigned, of lawful age, hereby certifies that on this 25th day of August, 2022, he caused true copies of the foregoing Notice of Application for Compensation to be served, both by electronic means and by first class U.S. Mail, upon the Debtor, Brad J. Sadek, attorney for the Debtor, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice in this case.

    /s/W.J. Winterstein, Jr.