IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: JASON MICHAEL BOYCHUCK,** ) | | Chapter 13 |
| ) | | |
| **Debtor** ) | | Bk. No. 18-11895-AMC |
| ) | | |

**ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION**

**AND NOW,** this _____ day of September, 2022, after notice and opportunity to be heard upon the Application for Supplemental Compensation of prior Debtor's counsel, and the Chapter 13 Trustee, having previously filed Objections to the Application, but announcing in open court that the Trustee has no objection to an award in the amount of the remaining eleven hundred fifty dollars in funds on hand in this case account, it is hereby

**ORDERED,** that the foregoing Application filed by W.J. Winterstein, Jr., former Debtor's counsel, is hereby **GRANTED,** and Applicant is allowed a supplemental administrative claim in the amount of $1,150, to be paid by the Chapter 13 trustee upon entry of this Order.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Interested parties:
W.J. Winterstein, Jr, Debtor's counsel
Scott F. Waterman, Ch. 13 Trustee
Ann Swartz, Esq., Ch. 13 Trustee