United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-11895-amc
Jason Michael Boychuck  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 07, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason Michael Boychuck, 670 Doe Court, Limerick, PA 19468-1465 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRAD J. SADEK | on behalf of Debtor Jason Michael Boychuck brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor OCWEN LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MORRIS ANTHONY SCOTT | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 1

MORRIS ANTHONY SCOTT
    on behalf of Creditor PNC Bank N.A. mscott@pincuslaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor PHH MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

W. J. WINTERSTEIN, JR.
    on behalf of W J Winterstein budwntr@gmail.com

W. J. WINTERSTEIN, JR.
    on behalf of Debtor Jason Michael Boychuck budwntr@gmail.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**IN RE: JASON MICHAEL BOYCHUCK,** )    Chapter 13
                                                             )
                       **Debtor**    )    Bk. No. 18-11895-AMC
                                                             )

_____

**ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION**

**AND NOW,** this ____ day of September, 2022, after notice and opportunity to be heard upon the Application for Supplemental Compensation of prior Debtor's counsel, and the Chapter 13 Trustee, having previously filed Objections to the Application, but announcing in open court that the Trustee has no objection to an award in the amount of the remaining eleven hundred fifty dollars in funds on hand in this case account, it is hereby

**ORDERED,** that the foregoing Application filed by W.J. Winterstein, Jr., former Debtor's counsel, is hereby **GRANTED,** and Applicant is allowed a supplemental administrative claim in the amount of $1,150, to be paid by the Chapter 13 trustee upon entry of this Order.

                                                                    BY THE COURT:

**Date: September 7, 2022**                             _____
                                                                    Hon. Ashely M. Chan
                                                                    U.S. Bankruptcy Judge

Interested parties:
W.J. Winterstein, Jr, Debtor's counsel
Scott F. Waterman, Ch. 13 Trustee
Ann Swartz, Esq., Ch. 13 Trustee